IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ECOSAVE AUTOMATION, INC., et al, <br><br> Plaintiffs, <br><br> v. <br><br> DELAWARE VALLEY AUTOMATION, LLC, et al, <br><br> Defendants. | CIVIL ACTION <br> NO. 20-5564 |

## ORDER

**AND NOW**, this 19th day of May, 2021, upon consideration of Plaintiffs' Motion for a Preliminary Injunction (Docket No. 5), Defendants' Opposition thereto, and testimony elicited on multiple hearing dates, it is hereby **ORDERED** that Plaintiffs' Motion is **DENIED**. It is further **ORDERED** that the Temporary Restraining Order entered on November 23, 2020, is hereby **DISSOLVED**.

BY THE COURT:

**/s/ Jeffrey L. Schmehl**
Jeffrey L. Schmehl, J.